# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 05-2294

_____

| | | |
|---|---|---|
| Guy Moon, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Chicot County Arkansas Legal | * | Eastern District of Arkansas. |
| Associates, An informal enterprise | * | |
| affecting interstate commerce; Thomas | * | [UNPUBLISHED] |
| D. Deen; David F. Gillison, Jr.; Fred W. | * | |
| Hensley; Gill R. Holloway; Charles F. | * | |
| Poole; Stephen Tisdale; Robert C. | * | |
| Vittitow, Individual predicate actors | * | |
| who either committed or aided and | * | |
| abetted violations of law including | * | |
| fraud, extortion, and mail fraud, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: March 7, 2006
Filed: March 20, 2006

_____

Before RILEY, MAGILL, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Guy Moon appeals the district court's[1] order dismissing his civil complaint, wherein he asserted claims of fraud and racketeering against defendants for their alleged role in thwarting Moon's challenge to the sale of certain real property in Chicot County, Arkansas. Following careful review, we agree with the district court that Moon's claims are barred by the Rooker-Feldman[2] doctrine. See Exxon Mobil Corp. v. Saudi Basic Indus. Corp., 544 U.S. 289, 125 S. Ct. 1517, 1521-22 (2005). We also find no abuse of discretion in the denial of Moon's recusal motion, and no error in the district court's consideration of matters outside the pleadings. See Trammel v. Simmons First Bank of Searcy, 345 F.3d 611, 612-13 (8th Cir. 2003); Harris v. P.A.M. Transport, Inc., 339 F.3d 635, 637-38 & n.4 (8th Cir. 2003).

Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.

[2]See Rooker v. Fid. Trust Co., 263 U.S. 413 (1923); D.C. Court of Appeals v. Feldman, 460 U.S. 462 (1983).